IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CORY NOLE OSWALD,**
**Escambia County Jail # 9701911461**

    *Plaintiff*,

v.                         **Case No.: 3:26cv529-MW/ZCB**

**ESCAMBIA COUNTY,**
**FLORIDA, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The Magistrate Judge recommends dismissal without prejudice for Plaintiff's failure to truthfully disclose his litigation history. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to disclose litigation history. All

pending motions are **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on April 8, 2026.**

**s/Mark E. Walker**
**United States District Judge**